

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/6/2015 11:08:59 AM
KEITH E. HOTTLE
Clerk

## SECOND
## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: 14-15-00466-CV

Trial Court Style: Felix Luera and Bianca Luera v Basic Energy, Et Al

Trial Court No.: 13-06-52391-CV

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: Not known

The record was originally due: Not known

I anticipate the length of the record to be: Not known

I am unable to file the record by the date such record is due because [check one]:

☒ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☒ Other. Explain [attach additional pages if needed]: I now understand what is being appealed is a motion for summary judgment. This court takes those motions by submission. I have had no contact with plaintiffs' counsel to ascertain if, in fact, that is the only part of this case that is being appealed. If true, there is NO RECORD of the motion for summary judgment.

I anticipate the record will be completed by: Not known

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: August 06, 2015        Signature: _Sonia G Trevino_

Printed
Name: Sonia G Trevino

Title: Official Court Reporter

Rev. 1.8.14